UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mt. Washington Valley Audio Video, Inc. et al</u>

                    v.                    Civil Case No. 10-cv-389-LM

<u>First Data Commercial Services et al</u>

ORDER RE: PLAINTIFFS
Mt. Washington Valley Audio Video, Inc.

On September 7, 2010, the above-referenced case was removed from Carroll County Superior Court.

In accordance with Local Rule 83.6(c), a corporation, unincorporated association, or trust may not appear in an action or proceeding <u>pro se.</u>

Accordingly, the plaintiff, Mt. Washington Valley Audio Video, Inc., is responsible to retain counsel to present it in this matter. Within twenty-one (21) days of the date of this order, counsel is required to file appearance and disclosure statement for this plaintiff in accordance with Local Rule 7.5 and Fed. R. Civ. P. 7.1.

SO ORDERED.

September 13, 2010

                                                        <u>/s/ Landya B. McCafferty</u>
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

cc:    Diane H. Gurien, pro se
        Mt. Washington Valley Audio Video, Inc.
        Kenneth C. Bartholomew, Esq.